SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

'16 JAN 19 P3:23

CLERK
U.S. BANK[...]

TO:    1. *Intake Clerk* *

       2. *Case Administrator*

FROM:  *Financial Administrator*

DATE: 1/15/2016

CASE NAME: Stojanovic

CASE NUMBER: 10-27377-GLT

---

Check Number 971868 in the amount of $ 430.36 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10755         Intake Clerk's Initials: [signature]

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

*#4b-F*

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

01/11/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: SANDRA L. STOJANOVIC

Case No: 10-27377GLT

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

.

                              Drusilla Sisson
                              325 Gibson St
                              Eau Claire,PA 16030

CHECK NUMBER 971868       AMOUNT $430.36

    The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate Creditor.

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                              /s/ Rosa Richard
                              Administrative Assistant
                              for Ronda J. Winnecour, Esq.
                              Chapter 13 Trustee

CC:DAI ROSENBLUM ESQ
SANDRA L. STOJANOVIC

Drusilla Sisson