# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SANDRA L. STOJANOVIC,<br><br>       Debtor(s).<br><br>SANDRA L. STOJANOVIC, Debtor,<br><br>       Movant,<br><br>       v.<br><br>NO RESPONDENT.<br><br>RONDA J. WINNECOUR, Trustee. | Bankruptcy No.: 10-27377-GLT<br><br>Chapter 13<br><br>Related to Document No.: 190, 204 |

## REQUEST TO RESTRICT PUBLIC ACCESS TO EXHIBITS
## TO MOTION TO PAY UNCLAIMED FUNDS

Pursuant to W.PA.ILBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, the UNDERSIGNED HEREBY CERTIFIES that:

1.     A Motion to Pay Unclaimed Funds was filed in the above-captioned case on February 12, 2016 at document #190. Exhibits B and D to this Motion to Pay Unclaimed Funds contain one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2.     Attached hereto are amended versions of the Exhibits B and D, with the only change made to the original documents being the redaction of personal identifiers, contained within these documents.

3.     I am requesting that the Court accept the attached Exhibits B and D to this Motion to Pay Unclaimed Funds in substitution for the unredacted version, and to take whatever steps are necessary to restrict public access to the unredacted version.

March 18, 2016

       /s/ Dai Rosenblum, Esq.
DAI ROSENBLUM, Attorney for
SANDRA L. STOJANOVIC, Debtor
Suite B, 254 New Castle Road
Butler, PA  16001-2529
(724) 283-2900  PA ID #31802
dailaw@earthlink.net